**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHRISTOPHER THORNTON,**

     **Plaintiff,**

**v.**                        **Case No. 4:18cv165-MW/CAS**

**JULIE JONES, et al.,**

     **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with court orders. The pending motion, ECF No. 2, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on July 5, 2018.**

                        **s/Mark E. Walker**_____
                        **United States District Judge**